PROCESSED

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BURLINGTON COAT FACTORY DIRECT CORPORATION; *et al.*, <br><br> Defendants. | Case No.: CV16-2685-PA-FFM <br> *Hon. Percy Anderson Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II) [54]** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: March 1, 2017        By: _____
                                 HONORABLE PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION TO DISMISS ACTION